FILED ✓ / LODGED / RECEIVED / COPY

OCT 1 0 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Isiah Webb, Sr.,<br><br>　　　　　Defendant. | CR-17-01347-PHX-SPL(JZB)<br><br>**INDICTMENT**<br><br>VIO:　18 U.S.C. § 117<br>　　　(Domestic Assault by a<br>　　　Habitual Offender)<br>　　　Count 1<br><br>　　　18 U.S.C. §§ 1153 and 113(a)(8)<br>　　　(CIR- Assault by Strangulation or<br>　　　Suffocation of an Intimate or<br>　　　Dating Partner)<br>　　　Count 2 |

THE GRAND JURY CHARGES:

## COUNT 1

On or about June 23, 2017, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, the defendant, ISIAH WEBB, SR., an Indian, did knowingly, intentionally, and recklessly commit a domestic assault on the victim, N.L., a person whom ISIAH WEBB, SR. was cohabitating with as a spouse and with whom he has a child in common, and on at least two separate prior occasions, ISIAH WEBB, SR. had final convictions for assault against an intimate partner or his child, to wit:

　　1) December 10, 2013, the United States District Court for the District of Arizona, CR 13-00823-001-PHX-NVW for Child Abuse; and

　　2) August 16, 2011, the Court of the Gila River Indian Community, Case Number 2011-00379 for Assault and Domestic Violence.

In violation of Title 18, United States Code, Section 117.

**COUNT 2**

On or about June 23, 2017, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, the defendant, ISIAH WEBB, SR., an Indian, did intentionally and knowingly assault, or attempt to assault, N.L., who was an intimate or dating partner at the time, by strangulation and suffocation.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(8).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date:  October 10, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona


s/
CHRISTINE D. KELLER
Assistant U.S. Attorney